UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Donovan Orville Horton,                    File No. 25-cv-2238 (JMB/LIB)

        Petitioner,

v.                                         **ORDER ACCEPTING REPORT
        AND RECOMMENDATION**

B. Eischen, FPC Duluth,

        Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Leo I. Brisbois dated July 15, 2025. (Doc. No. 7.) No party has objected to that R&R, and it is therefore reviewed for clear error. Fed. R. Civ. P. 72(b); *see also Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). The R&R recommends that Petitioner Donovan Orville Horton's petition for a writ of habeas corpus be denied without prejudice for failure to exhaust administrative remedies. *See Mathena v. United States*, 577 F.3d 943, 946 (8th Cir. 2009).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

1.      The R&R (Doc. No. 7) is **ADOPTED**;

2.      The Petition (Doc. No. 1) is **DISMISSED without prejudice**; and

3.      Petitioner's application to proceed in forma pauperis, (Doc. No. 5), is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:    September 15, 2025           /s/ *Jeffrey M. Bryan*
                                      Jeffrey M. Bryan
                                      United States District Court Judge